**In the Matter of FOX WEST COAST THEATRES, Bankrupt.**

**MARSHALL SQUARE THEATRE CO., Appellant, v. Charles P. SKOURAS, and Wm. H. Moore, Jr., and Charles P. Skouras, as Trustees of Fox West Coast Theatres, Bankrupt, Appellees.**

**Harry L. HARTMAN, Appellant, v. Charles P. SKOURAS et al., Appellees.**

**Nos. 7730, 7731.**

Circuit Court of Appeals, Ninth Circuit.

Jan. 24, 1935.

Joseph L. Lewinson and Jules C. Goldstone, both of Los Angeles, Cal., and Warren Olney, of San Francisco, Cal., for appellants.

H. W. O'Melveny, Walter K. Tuller, Louis W. Myers, and Reuben G. Hunt, all of Los Angeles, Cal., and Alfred Sutro, of San Francisco, Cal., for appellees.

Before WILBUR and GARRECHT, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon stipulations of counsel for respective parties, ordered appeals in above causes

dismissed, without costs to either party, but with prejudice to appellant's rights in connection therewith; each party to pay his own costs in this court and in the lower court.

Further ordered petition for allowance of appeal in each cause withdrawn, vacated, and canceled, with prejudice to the making of any further application for an appeal by appellant.